# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RAYMOND PHELPS, | 1:13-cv-0309-LJO-MJS (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO COMPEL |
| v. | (ECF No. 4) |
| MATTHEW CATE, et al., | |
| Defendants. | |

Plaintiff Mark Raymond Phelps ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On March 4, 2013, Plaintiff filed a motion asking for permission to serve his interrogatories and to have the Court compel defendants to respond.

The Court's First Informational Order, which was issued to Plaintiff after he filed his Complaint, specifically states, "<u>No discovery may be conducted without court permission until an answer is filed and the court issues the discovery order</u>." (emphasis in original) (ECF No. 3.) Only if the Court finds that Plaintiff has stated a cognizable claim, ordered Plaintiff's Complaint to be served, and if defendants file an answer, will the Court will issue

-1-

1 a discovery and scheduling order which will provide the parties with time in which to
2 conduct discovery. Until that point in this litigation, Plaintiff will not be able to conduct any
3 discovery.
4     Plaintiff's motion to compel (ECF No. 4) is premature. It is DENIED without
5 prejudice.

10 IT IS SO ORDERED.
11 Dated: July 8, 2013     /s/ *Michael J. Seng*
    UNITED STATES MAGISTRATE JUDGE