UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK RAYMOND PHELPS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　Defendants. | CASE NO. 1:13-cv-00309-LJO-MJS (PC)<br><br>ORDER STRIKING SUPPLEMENT TO FIRST AMENDED COMPLAINT<br><br>(ECF No. 16) |

　　　　Plaintiff Mark Phelps, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 4, 2013. (ECF No. 1.) The Court screened Plaintiff's Complaint and dismissed it for failure to state a claim but gave leave to amend. (ECF No. 11.) Plaintiff filed a First Amended Complaint. (ECF No. 14.) The Court screened the First Amended Complaint and issued Findings and Recommendations to dismiss the case with prejudice for failure to state a claim (ECF No. 15.). Plaintiff then filed a supplement to his First Amended Complaint. (ECF No. 16.)

　　　　The Supplement shall be stricken. Amended pleadings must be complete within themselves without reference to another pleading. Partial amendments are not permissible. Local Rule 220. Here, the Supplemental Complaint is not a complete pleading, and the Court has already screened and recommended dismissal of the First

Amended Complaint.

Accordingly, for the reasons stated, it if HEREBY ORDERED that:

The Supplemental Complaint (ECF No. 16.) is STRICKEN from the record.

IT IS SO ORDERED.

Dated: May 12, 2015 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE